# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTHA BELLE RUSSELL, | ) | |
| | ) | NO. 3:20-CV-00107 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | (SAPORITO, M.J.) |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | **[FILED VIA ECF]** |

# ORDER

AND NOW, this 24th day of July, 2020, upon consideration of Defendant's Motion to Remand, it is hereby ORDERED that such motion is granted and this action is remanded to the Defendant for further evaluation under sentence four of 42 U.S.C. § 405(g).

BY THE COURT:

JOSEPH F. SAPORITO, JR.
UNITED STATES MAGISTRATE JUDGE